No. 75. Lee, Corrections Commissioner, et al. v. Washington et al. Appeal from D. C. M. D. Ala. Motion of appellants for leave to file supplemental brief after argument granted. *MacDonald Gallion,* Attorney General of Alabama, *Gordon Madison,* Assistant Attorney General, *Nicholas S. Hare,* Special Assistant Attorney General, for Lee et al., and *J. M. Breckenridge* for Austin, appellants, on the motion. [For earlier order, see 387 U. S. 928.]

No. 661, Misc. Boston & Providence Railroad Stockholders Development Group v. United States Court of Appeals for the First Circuit et al. (See No. 624, *infra,* p. 974.) Motion to dispense with printing extra copies of Appendix C to petition granted. Motion for leave to file petition for writ of mandamus denied. *Armistead B. Rood* on the motions. Briefs in opposition to the latter motion were filed by *James Garfield, James Wm. Moore* and *Robert W. Blanchette* for Smith et al., Trustees of the property of New York, New Haven & Hartford Railroad Co.; *Robert W. Meserve* for Boston & Providence Railroad Corp. Stockholders Committee; *Acting Solicitor General Spritzer* for the United States; and by *Charles Y. Wadsworth* for Boston & Providence Railroad Corp.

No. 597. United States v. United Shoe Machinery Corp. Appeal from D. C. Mass. Probable jurisdiction noted. Mr. Justice Marshall took no part in the consideration or decision of this case. *Acting Solicitor General Spritzer, Assistant Attorney General Turner, Howard E. Shapiro* and *Margaret H. Brass* for the United States. *Ralph M. Carson, Conrad W. Oberdorfer, Taggart Whipple, Robert D. Salinger* and *Louis L. Stanton, Jr.,* for appellee.